# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
www.flsb.uscourts.

_____ Plan (Indicate 1st, 2nd, etc. amended, if applicable)
_____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Hernan Rocha   JOINT DEBTOR:_____   CASE NO.: 17-19611-LMI
Last Four Digits of SS# xxx-xx-1062    SS#_____

This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.  $ 254.44  for months  1  to  60
B.  $_____  for months \_\_\_\_\_ to \_\_\_\_
C.  $_____  for months \_\_\_\_\_ to \_\_\_\_; in order to pay the following creditors:

Administrative:  Attorney's Fee - $ 3500.00
                 LMM Fee-          $ 0.00
                 Total Paid        $ 1500.00
                 Balance Due       $ 1800.00 payable $180.00 /month (Months 1 to 9)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1  N/A_____    MMM Payments $0.00 per month x   =0.00
                             Arrears Payment $ N/A /month (Months \_\_\_ to \_\_\_)
                             MMM Payment $ 0.00 /month (Months \_\_\_ to \_\_\_)
                             MMM Payment $\_\_\_\_\_ /month (Months \_\_\_ to\_\_\_)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM "MOTION TO VALUE COLLATERAL IN PLAN") WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3 (AS MODIFIED BY AO 04-5).**

| Secured Creditor | Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ |  |  | to |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Priority Creditors: [including non-dischargeable debts paid 100% in plan]

1._____-_____   Total Due $
                           Payable $_____/month (Months\_\_\_\_\_ to \_\_\_) Regular Payment $

Unsecured Creditors:  Pay $ 40.00 /month (Months 1 to 9 )
                      Pay $ 229.00 /month (Months 10 to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date

Other Provisions Not Included Above:

- The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

- The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

LF-31 (rev. 03/11/04)

- Debtor will continue paying his vehicle to Santander for the 2013 Chevrolet Equinox outside plan.
- Debtor's son will continue paying Ally Financial for the 2014 Dodge charger.
- Debtor will keep non homestead property and continue paying Wells Fargo for the property 8250 SW 149 Ct. Miami FL 33193.
- Debtor will continue paying Bank of America and Select Portfolio for the mortgages on his homestead property outside the plan.

Confirmation of the plan will be without prejudice to the assertion of any rights the lender has to address payment of its Proof of Claim."

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/ Herna Rocha
Debtor                                          Joint Debtor


Date: 8/18/2017                                 Date:

LF-31 (rev. 03/11/04)